UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KAHEAL PARRISH,                                                    No. 2:17-cv-1959 TLN AC P

        Plaintiff,

v.

J. MACOMBER, et al.,
                                                                                **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.                                     **AD TESTIFICANDUM**

Kaheal Parrish, CDCR # F-15901, a necessary and material witness in a settlement conference in this case on October 20, 2020, is confined in the Richard J. Donovan Correctional Facility (RJD), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by telephonic-conferencing from his place of confinement, on Tuesday, October 20, 2020 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Richard J. Donovan Correctional Facility at (619) 671-7566 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, RJD, 480 Alta Rd., San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 9, 2020

                                                         ALLISON CLAIRE
                                                         UNITED STATES MAGISTRATE JUDGE