IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAHEAL PARRISH,** <br><br> Plaintiff, <br><br> v. <br><br> **J. MACOMBER, et al.,** <br><br> Defendants. | Case No. 2:17-cv-01959-TLN-AC P <br><br> [PROPOSED] **ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Ex Parte Motion for Relief from Court Reporter Physical Presence Requirement Under Fed. Rule Civ. P. 28 is **GRANTED**. The court reporter is not required to be in the same physical location as any of the deponents during their depositions.

DATED: March 10, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:17-cv-01959-TLN-AC P)